UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
RANDY FERNANDEZ, :
                        Plaintiff, :
:       19-CV-4021 (JMF)
        -v- :
:       ORDER
:
CITY OF NEW YORK, OFFICER CHOPRA, and :
CAPTAIN GRIFFIN, :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 27, 2019, Defendants City of New York and Officer Chopra filed a letter in advance of the initial pretrial conference scheduled for tomorrow, December 2, 2019, in which they assert that Plaintiff's complaint should be dismissed because, among other things, he signed two General Releases on November 5, 2019, waiving all claims asserted in the present action. *See* ECF No. 18. In light of that, the initial pretrial conference is ADJOURNED *sine dine*.

      It is hereby ORDERED that, no later than **December 16, 2019**, Defendants shall file a formal motion pursuant to Rule 12(c) of the Federal Rules of Civil Procedure that is limited to the question of whether Plaintiff released the claims he asserts in the present suit. Plaintiff shall file any opposition to Defendants' motion by **January 15, 2020**, by mailing it to the Pro Se Intake Unit, 40 Centre Street, Room 105, New York, NY 10007. Defendants' reply, if any, shall be filed by **January 19, 2020**. At the time any reply is filed, Defendants shall supply the Court with one courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff at the following address and to update the docket to reflect this address:

>Randy Fernandez DIN: 19-R-0955
>Hale Creek ASACTC
>P.O. Box 950
>Johnstown, New York 12095

SO ORDERED.

Dated: December 2, 2019
New York, New York

JESSE M. FURMAN
United States District Judge