```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY FERNANDEZ,

    Plaintiff,

-against-

NEW YORK CITY, OFFICER CHOPRA, and CAPTAIN GRIFFIN,

    Defendant.

1:19-cv-4021 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Prior to this case being transferred, Judge Furman ordered Plaintiff to oppose Defendants' motion for summary judgment by January 31, 2020 (ECF 26). Before the transfer of this case, on January 24, 2020, Plaintiff filed a letter requesting a stay of this case until the end of February, when he expects to be on work release from the New York State correctional facility where he is incarcerated. Plaintiff did not otherwise respond by the January 31 deadline. Finally, on February 7, 2020, Defendants' counsel requested that the Court deem their summary judgment motion unopposed and fully briefed as a result of Plaintiff's failure to oppose the motion. It is hereby:

ORDERED that Plaintiff must oppose Defendants' motion for by March 13, 2020; and

IT IS FURTHER ORDERED that Defendants must reply by March 27, 2020.

**PLEASE NOTE THAT NO FURTHER EXTENSIONS OF THE SCHEDULE WILL BE GRANTED.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the Plaintiff.

Dated:    New York, New York
           February 7, 2020

_____
MARY KAY VYSKOCIL
United States District Judge