**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RANDY FERNANDEZ,

                Plaintiff,                          19 **CIVIL** 4021 (MKV)

    -against-                                 **JUDGMENT**

CITY OF NEW YORK, OFFICER CHOPRA, and
CAPTAIN GRIFFIN,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 11, 2020, the Defendants' Motion is GRANTED. For the elimination of doubt, the Court will convert the motion to one for summary judgment because the Plaintiff had adequate notice of the same. On the Defendants' claims regarding the 2019 Releases, the Court finds that Plaintiff's agreements to release all claims against the City of New York and its agents through the date of the Releases bar the claims in this case. Plaintiff has not shown any reason not to enforce the unambiguous terms of those contracts, especially in light of the fact that Plaintiff was represented by counsel in connection with their negotiation; accordingly, the case is closed.

**Dated:**  New York, New York
         August 11, 2020

                                                                **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                                    **BY:**    *K. Mango*
                                                                   **Deputy Clerk**